Submitted on record and briefs June 3, reversed July 27, 2005

In the Matter of Judith D. Baker,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

JUDITH D. BAKER,
*Appellant.*

30-04-16615; A126301

117 P3d 300

James A. Palmer filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Anna M. Joyce, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Brewer, Chief Judge, and Armstrong, Judge.

PER CURIAM

## PER CURIAM

In this civil commitment case, the trial court found that appellant is a danger to herself and to others because of a mental disorder. ORS 426.005(1)(d)(A). On appeal, appellant argues that the evidence in the record is not sufficient to support the trial court's findings. The state concedes that, based on the clear and convincing evidence standard that the statute requires, ORS 426.130, the evidence is insufficient. After reviewing the record, we conclude that appellant and the state are correct.

Reversed.